AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

Sherone Nealous,

        Plaintiff,

vs.

A/W Loyd; A/W Counts; Capt. Dennis Ferguson; Lt. Scottie Fowler; Lt. Joseph Smith; Sgt. Gary Sturkey; Sgt. Mark Ammons; Sgt. Jonathan Nance; Cpl. Robert Knight; C/O Travis Clevenger; Lt. Cummings; and RN Debra Parks, all being sued in their individual capacities,

        Defendants.

**SUMMARY JUDGMENT IN A CIVIL CASE**

Case Number: 9:06-cv-00441-DCN

**Decision on the Record.**  This action came before the court on the record, Honorable David C. Norton, U.S. District Judge, presiding.  The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge George C. Kosko,

    **IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment is granted and that the Plaintiff take nothing on this petition filed pursuant to Title 42 U.S.C. §1983.

                                LARRY W. PROPES, Clerk

                                By    s/ R.S. Polston
                                                    Deputy Clerk

March 20, 2007